STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ANTHONY VOLPICELLI, DEFENDANT-RESPONDENT.

*Mr. Harry L. Towe* and *Mr. Paul T. Huckin* for the petitioner.

*Mr. John E. Selser* for the respondent.

June 25, 1953.   Denied.